FILED

Sep 17 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>JOEL ALBERTO CAMPOS-GONZALEZ,<br>    Defendant. | Case No. 17-cr-00327-JD-1   (VKD)<br><br>**ORDER RE DETENTION PENDING REVOCATION HEARING** |

In accordance with the Bail Reform Act, 18 U.S.C. §§ 3142, 3143(a), and Federal Rule of Criminal Procedure 32.1, the United States moves for detention of defendant Joel Alberto Campos-Gonzalez, pending a hearing before the district judge regarding revocation of his supervised release. The Court held a detention hearing by videoconference, with Mr. Campos-Gonzalez's consent, on September 17, 2020.

Mr. Campos-Gonzalez waived written findings of fact and a written statement of the reasons for detention; the United States concurs in the waiver.

Having considered the factors set forth in 18 U.S.C. § 3142(g), the matters in the petition, and the proffers of counsel for Mr. Campos-Gonzalez and for the United States, the Court concludes that Mr. Campos-Gonzalez has not met his burden to show by clear and convincing evidence that he is not a danger to the community and that he will not flee or fail to appear for court as required. Fed. R. Crim. P. 32.1(a)(6). Accordingly, the Court orders Mr. Campos-Gonzalez detained pending a revocation hearing to be conducted pursuant to Fed. R. Crim. P. 32.1(b)(2).

Mr. Campos-Gonzalez is committed to the custody of the Attorney General or his

designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Mr. Campos-Gonzalez shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on the request of an attorney for the United States, the person in charge of the corrections facility shall deliver Mr. Campos-Gonzalez to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

Dated: September 17, 2020

VIRGINIA K. DEMARCHI
United States Magistrate Judge